UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOSAIA HAVEA,

          Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

          Defendant.

Case No.  25-cv-09453-AMO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 8

The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation Re: Dismissal.  No objections to the Report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court DISMISSES the action with prejudice for the reasons set forth in Judge Spero's December 30, 2025 Order.  *See* Dkt. No. 7.  The Clerk of Court shall close the case.

     **IT IS SO ORDERED.**

Dated: July 1 , 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**